**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THE HAMILTON GROUP (DELAWARE), INC.,**

          **Plaintiff,**

**-vs-**                                             **Case No. 6:07-cv-1139-Orl-22DAB**

**CHRISKEV, INC., DIAMOND STAFFING INCORPORATED, KEVIN NELSON, and CHRISTY NELSON,**

          **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST CHRISKEV, INC. (Doc. No. 36)**
>
> **FILED:**       **November 7, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff The Hamilton Group, Inc. seeks an entry of default against Chriskev, Inc. who has failed to defend in the case. According to the Return of Service, Chriskev, Inc. was served on August 22, 2007. Doc. No.11. Kevin Nelson proceeding *pro se* filed an Answer to the Complaint which purported to respond on behalf of Chriskev, Inc. Doc. No. 16. On October 4, 2007, Judge Conway entered an Order striking ChrisKev, Inc.'s answer and requiring the corporation to find counsel and respond to the Complaint by October 26, 2007 or be subject to default judgment. Doc. No. 26. It has

been more than 10 days since entry of the Order and ChrisKev, Inc. has failed to retain new counsel, as evinced by the lack of any Notice of Appearance, and has failed to file an answer. In addition, ChrisKev, Inc. has not filed a response to the Motion for Entry of Default. Therefore, entry of default is warranted pursuant to Rule 55(a), and the Clerk is directed to note the corporate defendant's default accordingly.

**DONE** and **ORDERED** in Orlando, Florida on November 27, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties