**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THE HAMILTON GROUP (DELAWARE), INC.,**

      **Plaintiff,**

**-vs-**   Case No. 6:07-cv-1139-Orl-22DAB

**CHRISKEV, INC., DIAMOND STAFFING INCORPORATED, KEVIN NELSON, and CHRISTY NELSON,**

      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCLOSURES AND DOCUMENTS AND SANCTIONS IN ACCORDANCE WITH FEDERAL RULES OF CIVIL PROCEDURE 37(a) (Doc. No. 39)**
>
> **FILED:** November 28, 2007
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff The Hamilton Groups (Delaware), Inc. sued Defendants over a Factoring Agreement between Plaintiff and ChrisKev, Inc. dated December 18, 2003. Doc. No. 1. Following Plaintiff's service of certain discovery, Plaintiff seeks an order compelling Defendant Diamond Staffing Inc., to produce documents it identified in its Rule 26 Disclosures dated October 16, 2007, compelling *pro se* Defendants Kevin Nelson and Christy Nelson to provide their Rule 25 disclosures, and imposing

sanctions against all three. None of the three Defendants[1] have responded to the Motion to Compel.

Diamond Staffing, Inc., who is represented by counsel, has offered no excuse for the delay in providing the documents cited in its Rule 26 disclosures. The fact that the Nelson Defendants are not represented by counsel does not exempt them from timely responding to discovery. It is **ORDERED** that Plaintiff's Motion to Compel (Doc. No. 39) is **GRANTED** as follows:

1. Defendants Christy Nelson and Kevin Nelson are **ORDERED** within 11 days of the date of this Order to serve their Rule 26 Disclosures on Plaintiff.

2. **DEFENDANTS' FAILURE TO RESPOND TO THIS DISCOVERY WITHIN 11 DAYS OF THE DATE OF THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING THE TAKING OF A DEFAULT JUDGMENT AGAINST THEM FOR THE FAILURE TO PARTICIPATE IN DISCOVERY. Fed. R. Civ. P. 37(b). The Court may alternatively (1) strike certain pleadings; (2) bar Defendants from supporting certain defenses or introducing certain evidence; (3) treat Defendants' conduct as contemptuous; and/or (4) assess reasonable attorney's fees and expenses. Fed. R. Civ. P. 37(b).**

3. Defendants Christy Nelson and Kevin Nelson are **ORDERED** to pay Plaintiff a sanction of $250 for its reasonable costs and attorney's fees[2] incurred in filing this Motion to Compel.

4. Defendant Diamond Staffing Inc. is **ORDERED** to pay Plaintiff a sanction of $250 for its reasonable costs and attorney's fees incurred in filing this Motion to Compel.

**DONE** and **ORDERED** in Orlando, Florida on December 17, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Default was entered against ChrisKev, Inc. on November 28, 2007. Doc. No. 38.

[2] Although Plaintiff's counsel filed an affidavit seeking fees of $1,860 for 5.20 hours of attorney work, only 1.3 hours of the supporting statement were unredacted for the Court to review. Doc. No. 40-2.