**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THE HAMILTON GROUP (DELAWARE), INC.,**

        **Plaintiff,**

**-vs-**                                                              **Case No. 6:07-cv-1139-Orl-22DAB**

**CHRISKEV, INC., DIAMOND STAFFING INCORPORATED, KEVIN NELSON, and CHRISTY NELSON,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER ON MOTION FOR ORDER COMPELLING DISCLOSURES AND DOCUMENTS AND SANCTIONS IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 37(a) (Doc. No. 42)**
>
> **FILED:** December 24, 2007
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Although the Court misread the (somewhat confusingly) redacted billing submission submitted with Mr. Ullman's affidavit (Doc. No. 40-2 at 8-13), the amount previously awarded as a sanction totaling $500 is reasonable and will stand. The billing submission was untimely filed two weeks following the Motion to Compel and was based on hourly rates that are well in excess of what is reasonable in the Middle District ($350 and $450 per hour for routine work). Moreover, some of the

work performed was redundant, administrative, or related to depositions and subpoenas not at issue in compelling the discovery sought.

      **DONE** and **ORDERED** in Orlando, Florida on January 3, 2008.

                                          *David A. Baker*
                                       DAVID A. BAKER
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties